AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Peter McLean, *Plaintiff* v. Companion Life Insurance Company, *Defendant* | ) ) ) ) ) | Civil Action No. 0:15-cv-00779-MBS-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Peter McLean, shall take nothing of the defendants'; Companion Life Insurance Company, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, presiding, granting the Motion for Voluntary Dismissal, dismissing the case without prejudice.

Date:   April 2, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker

                                                                    *Signature of Clerk or Deputy Clerk*